UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Willie Reed Cooley**                                                 **Docket No. 5:96-CR-177-1F**

**Petition for Action on Supervised Release**

COMES NOW Bentley H. Massey, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Willie Reed Cooley, who, upon an earlier plea of guilty to Possess With Intent To Distribute Cocaine Base, 21 U.S.C. § 841(a)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge on March 3, 1997, to the custody of the Bureau of Prisons for a term of 240 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

On January 28, 2009, and May 8, 2012, motions to reduce imprisonment pursuant to 18 U.S.C. § 3582(c)(2), were denied.

Willie Reed Cooley was released from custody on October 31, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As a result of a November 12, 2014, drug positive for cocaine, the defendant was referred to First Step Recovery Services, Raleigh, North Carolina, for treatment/counseling. He is still involved in said treatment/counseling. On April 8, 2015, the defendant submitted a drug screen that returned positive for cocaine use. It is believed the interest of justice would best be served by continuing supervision, allowing him to continue treatment/counseling, and adding the DROPS condition at the second use level (Five Days).

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release is modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

> I declare under penalty of perjury that the foregoing is true and correct.
> /s/Bentley H. Massey
> Bentley H. Massey
> Senior U.S. Probation Officer
> 310 New Bern Avenue Room 610
> Raleigh, NC 27601-1441
> Phone: 919-861-8815
> Executed On: May 1, 2015

### ORDER OF THE COURT

Considered and ordered this 5th day of May, 2015 and ordered, filed, and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge